AB:CWE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

KENYATTA GRIFFIN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**To Be Filed Under Seal**

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(18 U.S.C. §§ 2113(a) and 3551 et seq.)

No. 22-MJ-265

EASTERN DISTRICT OF NEW YORK, SS:

      George Lane, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      On or about February 13, 2022, within the Eastern District of New York and elsewhere, the defendant KENYATTA GRIFFIN did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a bank, to wit: a branch of TD Bank located at 162-02 Cross Bay Blvd., Jamaica, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

      (Title 18, United States Code, Sections 2113(a) and 3551 et seq.)

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Violent Crimes Taskforce. I have been a Special Agent with FBI for approximately four years. Before joining FBI, I worked for the Philadelphia Police Department ("PPD") for approximately eight years. During my law enforcement career, I have investigated violent crimes including shootings, assaults, murder for hire, bank robberies, and Hobbs Act robberies.

2. On or about February 13, 2022, the defendant KENYATTA GRIFFIN entered a TD Bank location at 162-02 Cross Bay Blvd., Jamaica, New York, wearing dark clothing, a black mask and gloves, and carrying a black bag. An image of the defendant at the bank is below.



3. While inside the bank, the defendant walked up to the bank teller and handed the bank teller a note demanding money and threatening violence if his demands were not met. An image of the note is below.



        4.        The bank teller gave the defendant $ 1,000 and he subsequently exited the bank.

        5.        On or about February 19, 2022, the defendant KENYATTA GRIFFIN entered a TD Bank location at 20 Graham Ave, Brooklyn, New York, wearing dark clothing, a black mask and gloves, and carrying a black bag.   An image of the defendant at the bank is below.



6.  While inside the bank, the defendant walked up to the bank teller and handed the bank teller a note demanding money and threatening violence if his demands were not met.   An image of the note is below.



7. The bank teller gave the defendant $ 600, and he subsequently exited the bank.

8. On or about March 6, 2022, the defendant KENYATTA GRIFFIN was arrested by the New York Police Department ("NYPD") for groping an off-duty officer. During a search of the defendant pursuant to the arrest, a bank note was recovered from his pocket. The note read, "I HAVE A GUN! I WILL SHOOT Y-O-U! DON'T RISK YOUR LIFE! HAND ME CASH! 100'S – 50'S – 20'S NOW!!!! NO FUNNY BIZ! MOVE IT! GO!"

9. The defendant KENYATTA GRIFFIN was interviewed following his arrest. He was provided with his Miranda warnings and agreed to speak with law enforcement agents. He admitted, in substance, to committing the two bank robberies discussed above, plus others and to planning another.

10. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and arrest warrant, as disclosure would give the defendant an opportunity to change patterns of behavior and flee from or evade prosecution, and therefore would have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

WHEREFORE, your deponent respectfully requests that an arrest warrant issue so that the defendant KENYATTA GRIFFIN may be dealt with according to law.

George Lane
Special Agent, Federal Bureau of Investigation

Sworn to before me by telephone this
8th day of March, 2022

THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK